DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ARMENDARIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-11-425 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) **PURSUANT TO THE SPEEDY TRIAL ACT** |
| CARLOS ARMENDARIZ, | ) Date:  July 24, 2012<br>) Time:  9:15 a.m.<br>) Judge: Lawrence K. Karlton |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, CARLOS ARMENDARIZ, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, July 24, 2012, at 9:15 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, May 15, 2012, through and including the date of the new status conference hearing, July 24, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

/ / /

/ / /

/ / /

1  with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.
3  DATED:  May 15, 2012
4      Respectfully submitted,

BENJAMIN B. WAGNER         DANIEL J. BRODERICK
United States Attorney        Federal Defender

 */s/ Lexi Negin for*         */s/ Lexi Negin*
JASON HITT        LEXI NEGIN
Assistant U.S. Attorney        Assistant Federal Defender
Attorney for United States        Attorney for Defendant
       CARLOS ARMENDARIZ

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 15, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set for **Tuesday, July 24, 2012, at 9:15 a.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 15, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, through and including July 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

DATED: May 16, 2012

                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT