1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  LEXI NEGIN, Bar # 250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CARLOS ARMENDARIZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-S-11-0425 LKK
                                     )
12              Plaintiff,           )
                                     )   **ORDER AFTER HEARING**
13      v.                           )
                                     )
14                                   )   Judge: Hon. Lawrence K. Karlton
    CARLOS ARMENDARIZ,               )
15                                   )
                                     )
16              Defendant.           )
    _____ )
17

18      This matter came on for Status Conference on Tuesday, October 30, 2012, in the courtroom of the

19  Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Jason Hitt appeared on

20  behalf  of the United States of America.  Assistant Federal Defender Lexi Negin, appeared on behalf of

21  Defendant CARLOS ARMENDARIZ, who was present in custody.

22      A Further Status Conference hearing date of Tuesday, January 8, 2013, at 9:15 a.m., was set.

23      Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should

24  be excluded from October 30, 2012, up to and including January 8, 2013, pursuant to 18 U.S.C. §3161

25  (h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served  in continuing this matter to

26  allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy

27  trial.

28  / / /

1          Good cause appearing therefor,

2          IT IS ORDERED that this matter is continued to **Tuesday, January 8, 2013, at 9:15 a.m.**

3          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4,

4 the period from October 30, 2012, up to and including January 8, 2013, is excluded from the time

5 computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court finds that

6 the ends of justice served by this continuance outweigh the best interests of the public and the defendants in

7 a speedy trial.

8 Dated: November 1, 2012

9

10 LAWRENCE K. KARLTON
SENIOR JUDGE
11 UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2