JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ARMENDARIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-11-425 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS HEARING AND TO EXCLUDE TIME** |
| v. | ) | **PURSUANT TO THE SPEEDY TRIAL ACT** |
| | ) | |
| | ) | Date:   June 11, 2013 |
| CARLOS ARMENDARIZ, | ) | Time:  9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, CARLOS ARMENDARIZ, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, April 9, 2013 be continued to Tuesday, June 11, 2013, at 9:15 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, April 1, 2013, through and including the date of the new status conference hearing, June 11, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) & (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

///

///

1   continuance outweigh the best interests of the public and the defendant in a speedy trial.

2   DATED:  April 1, 2013

3   Respectfully submitted,

4   BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
    United States Attorney                Federal Defender

5

6   */s/ Lexi Negin for*                  */s/ Lexi Negin*
    JASON HITT                            LEXI NEGIN
7   Assistant U.S. Attorney               Assistant Federal Defender
    Attorney for United States            Attorney for Defendant
8                                         CARLOS ARMENDARIZ

9

10                                **O R D E R**

11        Based on the reasons set forth in the stipulation of the parties filed on April 1, 2013, and good cause

12  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

13  that the status conference currently scheduled for Tuesday, April 9, 2013 be vacated and that the case be set

14  for **Tuesday, June 11, 2013 at 9:15 a.m.**  The Court finds that the ends of justice served by granting such a

15  continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS

16  HEREBY ORDERED that, for the reasons stated in the parties' April 1, 2013 stipulation, the time within

17  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time

18  period from the date of this stipulation, through and including June 11, 2013, pursuant to 18 U.S.C.

19  §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

20  DATED: April 3, 2013

21

22

23                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
24                          UNITED STATES DISTRICT COURT

25

26

27

28                                    2