HEATHER E. WILLIAMS, Bar #122664
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ARMENDARIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-11-425 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| CARLOS ARMENDARIZ, | Date: August 6, 2013<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, CARLOS ARMENDARIZ, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Tuesday, June 11, 2013 be continued to Tuesday, August 6, 2013, at 9:15 a.m.

The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, June 6, 2013, through and including the date of the new status conference hearing, August 6, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

///

///

1  continuance outweigh the best interests of the public and the defendant in a speedy trial.

2  DATED: June 6, 2013

3  Respectfully submitted,

4  BENJAMIN B. WAGNER                           HEATHER E. WILLIAMS
United States Attorney                               Federal Defender

6  */s/ Lexi Negin for*                                      */s/ Lexi Negin*
JASON HITT                                              LEXI NEGIN
7  Assistant U.S. Attorney                             Assistant Federal Defender
Attorney for United States                         Attorney for Defendant
8                                                                      CARLOS ARMENDARIZ

9                                              **O R D E R**

10      Based on the reasons set forth in the stipulation of the parties filed on June 6, 2013, and good cause

11  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

12  that the status conference currently scheduled for Tuesday, June 11, 2013 be vacated and that the case be set

13  for **Tuesday, August 6, 2013 at 9:15 a.m.**  The Court finds that the ends of justice served by granting such

14  a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT

15  IS HEREBY ORDERED that, for the reasons stated in the parties' June 6, 2013 stipulation, the time within

16  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time

17  period from the date of this stipulation, through and including August 6, 2013, pursuant to 18 U.S.C.

18  §3161(h)(7)(A)&(B)(iv)  [reasonable time to prepare] and Local Code T4.

19  DATED: June 7, 2013

22  LAWRENCE K. KARLTON
SENIOR JUDGE
23  UNITED STATES DISTRICT COURT

28  Stipulation and Order Continuing Status Conference          2          *U.S. v. Armendariz*, 11-425 LKK