HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:  (916) 498-5700
Facsimile:  (916) 498-5710

Attorneys for Defendant
CARLOS ARMENDARIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00425 DJC |
| Plaintiff, | **ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| CARLOS ARMENDARIZ, | Judge: Hon. Dennis J. Calabretta |
| Defendant. | |

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Carlos Armendariz's extension of time is granted. The Defendant's Supplemental Brief or Notice of Not Filing shall be filed by July 19, 2024. The Government shall have thirty (30) days after the filing of the supplement/notice to file its response to Defendant's motion. Any reply shall be filed within thirty (30) days after the filing of any response by the Government. The Clerk of the Court is DIRECTED to send a copy of this order to Assistant Federal Defender Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov).

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | |
| 4 | Dated:  May 20, 2024          /s/ Daniel J. Calabretta |
| 5 | THE HONORABLE DANIEL J. CALABRETTA |
|   | UNITED STATES DISTRICT JUDGE |