HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorneys for Defendant
CARLOS ARMENDARIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00425 DJC |
|---|---|
| Plaintiff, | **ORDER TO AMEND BRIEFING SCHEDULE** |
| v. | |
| CARLOS ARMENDARIZ, | Judge: Hon. Dennis J. Calabretta |
| Defendant. | |

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Carlos Armendariz's extension of time is granted. The Defendant's Supplemental Brief or Notice of Not Filing shall be filed by August 14, 2024. The Government's response shall be filed by September 13, 2024. And reply by defendant shall be filed by October 14, 2024.

IT IS SO ORDERED.

Dated: July 31, 2024        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

-1-